OPELOUSAS, JULY, 1885.709

Minor vs. Budd et al.

## No. 1246.

### H. C. MINOR VS. J. B. BUDD, SHERIFF, ET AL.

An appeal from a judgment rendered by the district court for Terrebonne parish, return-
able to this court "*according to law*," is not returnable at *Opelousas*, but at New Orleans,
on the second Monday of February.

APPEAL from the Nineteenth District Court, Parish of Terrebonne.
*Goode*, J.

---

*L. F. Suthon* for Plaintiff and Appellant.

*B. F. Winchester*, District Attorney, for Defendant and Appellee.

---

The opinion of the Court was delivered by
BERMUDEZ, C. J. The motion of the appellant to strike this cause
from the docket of this court at this place (Opelousas) must prevail.

This is a civil suit, the object of which is to arrest the collection of
certain State and parish taxes.

It was decided by the district court for the parish of Terrebonne in
May last, and the payment rendered against the plaintiff was instantly
appealed from, the appeal being made returnable to this court, "ac-
cording to law."

The transcript was filed here by the defendant and appellee, and not
by the plaintiff and appellant.

The latter claims that this court has no right or jurisdiction over the
cause at *Opelousas*, but can pass upon its merits at New Orleans.

A reference to the last act regulating returns of appeals to this
court, Act No. 69 of 1884, p. 92, sec. 5, shows that appeals from the dis-
trict court for the parish of Terrebonne are not included among those
which are returnable to this court at Opelousas.

The words found in the order granting the appeal, making it return-
able "*according to law*," mean returnable at New Orleans on the second
Monday of February next, under the general provision contained in
sec. 10 of the same act.

If this were a criminal case quite a different question would be pre-
sented. Act 1876, p. 56.

It is therefore ordered that this cause be stricken from the docket of
this court at this place at the cost of appellees.